## MELVIN THOMPSON *v.* VERNON J. LEFTRIDGE, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 32956/AC 33095/AC 33271) is denied.

*Vernon J. Leftridge, Jr.,* pro se, in support of the petition.

Decided May 31, 2011